[No. 16513-9-II.   Division Two.   August 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. E.T., *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. J-16111, Richard D. Hicks, J., entered September 23, 1992. *Reversed* and *dismissed* by unpublished per curiam opinion.

[No. 16041-2-II.   Division Two.   August 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN CUSTER WEESE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. J-16505, Richard D. Hicks, J., entered May 12, 1992. *Reversed* by unpublished per curiam opinion.

[No. 13754-2-II.   Division Two.   August 4, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL SHRINER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-01585-6, Thomas R. Sauriol, J., entered March 26, 1990. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Petrich, J. Pro Tem.

[No. 13096-7-III.   Division Three.   August 5, 1993.]

LINOLEUM & CARPET CITY, INC., *Appellant*, v. HERBERT J. LANDIS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01972-4, Richard J. Schroeder, J., entered August 18, 1992. *Affirmed* by unpublished opinion per Shields, J. Pro Tem., concurred in by Munson and Kennedy, JJ.